## PEOPLE *v.* SPRAGUE.

*(Supreme Court Cal., July 28, 1880. Pac. Coast Law Jour., Aug., p. 739.)*

REMITTITUR issued regularly will not be recalled.

By the Court:

The remittitur on the former appeal having been regularly issued without inadvertence, we have no power to recall it; therefore the motions that the remittitur be recalled and a bill of exceptions be settled, are denied, and the order appealed from is affirmed.

Remittitur forthwith.

---

# DIGEST AND NOTES OF RECENT CASES.

ACTION.—*Case—Trespass.* Plaintiff's wife was ejected from the Arch Street Theatre so violently that she was injured. *Held,* that an action on case by the husband was proper. It need not be trespass *vi et armis.* The damages claimed by the husband were consequential, being for the loss of the wife's services, the right to which is intangible, and therefore not the subject of immediate forcible injury.

*Quere.* Whether tickets with reserve seats, conferred merely a license, or something more?—*Drew* v. *Peer*, Supreme Court Penn., Leg. Intel., Aug. 27, 1880, p. 341.

AGENCY.—*Exceeding Authority—Ratification.* Where an insurance company holds a person out to the world as its financial agent, permitting him to make loans, and foreclose mortgages therefor, and such agent upon foreclosing a mortgage takes the certificate of sale in the name of his principal, and assigns the same to a third party to whom he had agreed to sell the land, receiving from such third party the money for the land, the insurance company, if treating the agent as its debtor, will be bound by the acts of its agent, so far as regards the rights of such third person to the land.